authority to inform Zakia and Hogan Willig of plaintiff's consent and waiver (*see generally Hallock v State of New York*, 64 NY2d 224, 231 [1984]; *Vafakos v Knight*, 41 AD3d 140 [2007]). Contrary to the further contention of plaintiff, his consent was made after full disclosure by Zakia and Hogan Willig, at which time he "had all the information [he] needed to make an informed decision" (*St. Barnabas Hosp.*, 7 AD3d at 94). We thus conclude that defendant established as a matter of law that plaintiff is not entitled to disqualify the law firm hired by defendant to represent her (*cf. Falk*, 11 NY3d at 77-78). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ In the Matter of JAMES F. RYAN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of KENNETH A. DE GASPER, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [869 NYS2d 353] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 10, 2008.)

■ In the Matter of JOHN M. BAILEY, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of JOHN P. DUFFY, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of DOUGLAS R.M. NAZARIAN, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 3, 2008.)

■ In the Matter of THOMAS T. ADAMS, an Attorney, Respondent. [869 NYS2d 352]